■ In the Matter of KAREN STANISLAUS-FUNG, on Behalf of ALEXIS V., an Infant, Respondent, v WILLIAM VANDUSEN, Appellant, and MELISSA L. RIGGS, Respondent. [907 NYS2d 915]—Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.), entered October 2, 2009 in a proceeding pursuant to

Family Court Act article 6. The order granted the petition for modification.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *VanDusen v Riggs* (77 AD3d 1355 [2010] [decided herewith]). Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.